**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KERR MACHINE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-6942 |
| v. | ) | |
| | ) | Honorable John Z. Lee |
| LI GEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I, the undersigned, hereby certify that I served Plaintiff Li Gear, Inc.'s **MANDATORY INITIAL DISCOVERY RESPONSES** upon all attorneys of record, as listed below, via email transmission, on the 10th day of February, 2020.

Trevor K. Sheetz
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, Illinois 60602

/s/ Yulia Chembulatova\_\_\_\_\_

Edward J. Underhill
Yulia Chembulatova
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle St. Suite 2500
Chicago, Illinois 60601-1262
Tel: (312) 245-7500
Fax: (312) 245-7467
eunderhill@masudafunai.com
ychembulatova@masudafunai.com
*Attorneys for Defendant*